— Order unanimously modified so as to reinstate the assessments on the land, unimproved, for the years under review and, as so modified, affirmed. On this record reduction in land value is unwarranted. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Cohn and Breitel, JJ.

■

In the Matter of NEW YORK CENTRAL RAILROAD COMPANY, Respondent-Appellant, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Appellants-Respondents. [277 Park Ave., Borough of Manhattan.] — Order unanimously modified· so as to fix the building value at $2,300,000 for each year under review and, as so modified, affirmed. The record supports that value. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Cohn and Breitel, JJ.

■

In the Matter of the Probate of the Will of JACOB P. GALEWITZ, Deceased. PRESIDENT AND DIRECTORS OF MANHATTAN COMPANY et al., as Executors of JACOB P. GALEWITZ, Deceased, Appellants; HANNAH GALEWITZ et al., Respondents.— Order unanimously affirmed, with $ 20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Breitel, JJ.

■

In the Matter of the Probate of the Will of JACOB P. GALEWITZ, Deceased. PRESIDENT AND DIRECTORS OF MANHATTAN COMPANY, as Executors of JACOB P. GALEWITZ, Deceased, Appellants; HANNAH GALEWITZ et al., Respondents.— Appeal unanimously dismissed upon the ground that there is no appeal from an ex parte order. Present — Peck, P. J., Glennon, Cohn, Callahan and Breitel, JJ.

■

JESSE O. DEDMON, JR., et al., Respondents, v. HUBERT F. JULIAN, Appellant.— Judgment affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Breitel, JJ.; Cohn, J., dissents and votes to reverse the interlocutory judgment and order a new trial upon the ground that Graham and Jeffries, who appear to be within the jurisdiction of the court, are indispensable parties whose absence prevents an effective determination of the controversy.

■

JESSE O. DEDMON, JR., et al., Respondents, v. HUBERT F. JULIAN, Appellant.— Order affirmed. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Breitel, JJ.; Cohn, J., dissents and votes to reverse and order a new trial.

■

MAX SWERSKY, Plaintiff, v. BRUSON HEIGHTS CORP. et al., Defendants. BRUSON HEIGHTS CORP., Third-Party Plaintiff, v. BENY FALCO, Doing Business as FALCO CONCRETE Co., Third-Party Defendant. BRUSON HEIGHTS CORP., Third-Party Plaintiff-Respondent, v. JOSEPH DONOFRIO, Third-Party Defendant-Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the third-party plaintiff-respondent. Whether there could be a recovery over in the present case should await trial. The question may not be determined upon the pleadings. Present — Peck, P. J., Glennon, Cohn, Callahan and Breitel, JJ.